# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CULINARY WORKERS' UNION, LOCAL 226,<br><br>    Plaintiff,<br><br>v.<br><br>CESAR BARSEY, *et al.*,<br><br>    Defendants. | Case No. 2:10-cv-287-LDG (RJJ)<br><br>**ORDER** |

      The plaintiff, Culinary Workers' Union, Local 226, has moved for default judgment (#9). For the reasons stated within plaintiff's memorandum of points and authorities, the court will grant the default judgment, will grant a permanent injunction ordering that defendants cease use of all of the infringing domain names and cease use of plaintiff's trade names and service marks, will grant a permanent injunction ordering the transfer of the infringing domain names to the plaintiff, will award statutory damages of $6,000, and will award the costs of this suit. The court will not award attorney's fees. Accordingly,

      THE COURT **ORDERS** that plaintiff's Motion for Default Judgment is GRANTED in part and DENIED in part as set forth above;

THE COURT **FURTHER ORDERS** that plaintiff shall promptly file a proposed judgment consistent with the above.

DATED this __14__ day of July, 2010.

_____
Lloyd D. George
United States District Judge