**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CULINARY WORKERS' UNION, LOCAL 226, | CASE NO. 2:10-cv-00287-LDG (RJJ) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CESAR BARSEY, *et al.*, | |
| Defendants. | |

<u>JUDGMENT</u>

This action came on for hearing before the Court, Hon. Lloyd D. George, District Judge Presiding, on a Motion for Default Judgment, filed on June 8, 2010.  The evidence presented was fully considered, the issues were heard and a decision was duly rendered through an Order Granting Plaintiff's Motion for Default Judgment against Defendants Cesar Barsey and Team Cesar on claims one, two and three of Plaintiff's Complaint.  Based upon that Order, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Culinary Workers Union Local 226 does have and recovers the relief prayed for in its Complaint as follows:

1

1.    Judgment is hereby entered in this matter in favor of Plaintiff Culinary Workers' Union, Local 226, and against Defendants Cesar Barsey and Team Cesar for violation of the Federal Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. §1125(d); and for trademark infringement under the Lanham Act, 15 U.S.C. § 1125(a), and Nevada Revised Statutes § 600.435.

2.    Defendants Cesar Barsey and Team Cesar, and their employees, agents, successors, and assigns, and all those in active concert and participation with them ("Defendants"), are permanently enjoined from using, and must immediately cease using, the infringing domain names www.culinaryunion226.com, www.culinaryunion226.net, and www.culinaryunion226.us.

3.    Defendants are permanently enjoined from, and must immediately cease using, any and all of Plaintiff's trade names and service marks, including but not limited to Culinary Workers' Union Local 226, Culinary Workers Union 226, Culinary Workers Union, Culinary Union, and Culinary Union 226.

4.    Defendants and/or the appropriate domain name registrar(s) shall immediately transfer the infringing domain names www.culinaryunion226.com, www.culinaryunion226.net, and www.culinaryunion226.us, to Plaintiff.

5.    Defendants shall pay Plaintiff statutory damages of six thousand dollars ($6,000) for cybersquatting and trademark infringement under 15 U.S.C. §1125(a) & (d).

6.    Defendants shall pay Plaintiff for the costs, excluding attorneys' fees, it has incurred in the prosecution of this case.

**IT IS SO ORDERED.**

Dated: _26 July, 2010_

     26    July    2010

_____
Hon. Lloyd D. George
United States District Judge

2